# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Muthu Gregory M
Last Name First Middle

SIGNATURE
Signed by:
E40D6C947E66469...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Naccarelli Joseph A

Last Name First Middle

SIGNATURE Signed by: [signature] D0D75E252EBC449...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nagi Amir Naseem
Last Name First Middle

SIGNATURE Signed by: Amir Nagi
CB532F9B587D44B...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nagikyan Jack Nicholas

Last Name First Middle

SIGNATURE

Signed by:

D46F6D184D0347A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Namio Salvatore N/a

Last Name First Middle

SIGNATURE Signed by: 8EA6B5EE05A343F... ______________________

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nance Robert L

Last Name First Middle

SIGNATURE Signed by: 631541C77AFE40C... ____________________

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Naqash Qamar Na
Last Name First Middle

SIGNATURE Signed by: 1CE4D82C318143F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Naranjo Johnny A

Last Name First Middle

SIGNATURE Signed by: F16EB374EE844C4... ______________________

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Narine Pouchan NA
Last Name First Middle

SIGNATURE Signed by: E41ED57E78A4443...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nash Khalid Atif
Last Name First Middle

SIGNATURE
Signed by:
[signature]
80EF004BE9F5415...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nathu Yoganand None

Last Name First Middle

SIGNATURE DocuSigned by: Y. [signature] 583ED1178676496...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Navarro Emilio P

Last Name First Middle

SIGNATURE Signed by: Emilio Navarro CE0A74145A014D0...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME James Nazario Henry

Last Name First Middle

SIGNATURE Signed by: 7AC71C7C74864C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Neal William M

Last Name First Middle

SIGNATURE Signed by: [signature] FD7FD6E3B1CB408...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nee Dennis Michael

Last Name First Middle

SIGNATURE DocuSigned by: B3A6DBF03B2F474...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Neenan Corey Michael

Last Name First Middle

SIGNATURE Signed by: A4F680CF30BC480...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Negron Daniel None

Last Name First Middle

SIGNATURE Signed by: 43D73F91F8CD445... ____________________

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Negron Harold Ivan

Last Name First Middle

SIGNATURE Signed by: BC7978C629184E8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Negron John Na
Last Name First Middle

SIGNATURE Signed by: CDFF1174185943E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Neil Ryan Walter

Last Name First Middle

SIGNATURE Signed by: [signature] EB1E2BA25AE847C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nelson Jr Allen J
Last Name First Middle

SIGNATURE Signed by: 416E7C7A520F454...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nelson Allen Janelle
Last Name First Middle

SIGNATURE Signed by: 38B346494688464...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Nester Neville J

Last Name First Middle

SIGNATURE DocuSigned by: [signature] CD5CCFB1955B44B...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Neumann Timothy D

Last Name First Middle

SIGNATURE Signed by: B842DF5A4BD14EF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SANITATION WORKER OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

| NAME | Neville III | Albert | NA |
|---|---|---|---|
| | Last Name | First | Middle |

SIGNATURE Signed by: A. Neville 31B24C71AB0349F...